**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| LUGUS IP LLC, | |
| Plaintiff / Counterclaim-Defendant, | |
| v. | C.A. No. 3:11-CV-811-HEH |
| FORBIDDEN FRUIT LLC, PROSPECT HILL LLC AND GUM SPRINGS LLC, | |
| Defendants / Counterclaim – Plaintiffs. | |

**JOINT STATUS REPORT**

Pursuant to the November 16, 2012 Order, Plaintiff Lugus IP LLC and Defendants Forbidden Fruit LLC, Prospect Hill LLC and Gum Springs LLC hereby submit the following Joint Status Report.

On December 7, 2011, Lugus IP filed a patent infringement complaint against Volvo Cars of North America, Volvo Car Corporation, Forbidden Fruit LLC, Prospect Hill LLC and Gum Springs LLC.

On May 15, 2012, Your Honor issued an Order that granted Volvo Car Corporation and Volvo Cars of North America's motion to transfer venue to the District of New Jersey and to sever and stay Lugus IP's case against Forbidden Fruit LLC, Prospect Hill LLC and Gum Springs LLC.

On November 19, 2013, Judge Dennis M. Cavanaugh indicated he would be retiring from the bench February 1, 2014 and held the case in abeyance until a new judge was assigned.

On May 1, 2014, newly assigned Judge Joseph E. Irenas held a claim construction hearing.

On May 9, 2014, Volvo filed a motion for summary judgment of non-infringement of the asserted patent.

On May 20, 2014, the Court issued a claim construction order and opinion.

On July 23, 2014, the Court granted Volvo's motion for summary judgment of non-infringement on all claims of the asserted patent and dismissed Volvo's remaining counterclaims without prejudice.

Plaintiff intends to file an appeal from this summary judgment ruling.

Dated: July 25, 2014

| | |
|---|---|
| *Attorneys for* | *Attorneys for* |
| *Plaintiff Lugus IP, LLC.* | *Forbidden Fruit LLC, Prospect Hill LLC and Gum Springs LLC* |

| | |
|---|---|
| \_\_/s/ John R. Fuisz_____ | \_\_\_/s/\_\_Dabney Carr_____ |
| John R. Fuisz (VSB No. 33635) | Dabney J. Carr, IV (VSB No. 28679) |
| Sudip Kundu (admitted pro hac vice) | Robert A. Angle (VSB No. 37691) |
| **THE FUISZ-KUNDU GROUP LLP** | dabney.carr@troutmansanders.com |
| 1455 Pennsylvania Avenue, NW | robert.angle@troutmansanders.com |
| Suite 400 | **TROUTMAN SANDERS LLP** |
| Washington, DC 20004 | 1001 Haxall Point, Richmond, VA 23219 |
| T: 202.621.1889 | Telephone: (804) 697-1200 |
| F. 202.652.2309 | Facsimile: (804) 697-1339 |
| Email: Jfuisz@fuiszkundu.com | |

John S. Cooper (VSB No. 76624)
Matthew J. Moore (admitted pro hac vice)
**LATHAM & WATKINS LLP**
555 Eleventh St., NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
Email: john.cooper@lw.com,
matthew.moore@lw.com

Kathy Yu (admitted pro hac vice)
William Yu (admitted pro hac vice)
**LATHAM & WATKINS LLP**
355 South Grand Avenue
Los Angeles, CA 90071-1560
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
Email: yury.kapgan@lw.com,
kathy.yu@lw.com,
william.yu@lw.com

CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2104, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to the following:

John R. Fuisz
Sudip Kundu
**THE FUISZ-KUNDU GROUP LLP**
1455 Pennsylvania Avenue, NW
Suite 400
Washington, DC 20004
Jfuisz@fuiszkundu.com

Counsel for Plaintiff

_____/s/   Dabney Carr_____
Dabney J. Carr, IV (VSB No. 28679)
Robert A. Angle (VSB No. 37691)
dabney.carr@troutmansanders.com
robert.angle@troutmansanders.com
**TROUTMAN SANDERS LLP**
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
Counsel for Defendants