IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| LUGUS IP, LLC, | ) |
|           Plaintiff, | ) |
| v. | ) Civil Action No. 3:11CV811-HEH |
| FORBIDDEN FRUIT LLC, PROSPECT HILLS LLC, and GUM SPRINGS LLC, | ) |
|           Defendants. | ) |

## FINAL ORDER

THIS MATTER is before the Court on a Notice of Stipulated Dismissal filed by the parties and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). It appearing to this Court that all matters of controversy have been fully resolved and compromised, it is HEREBY ORDERED that the STAY IS LIFTED and this action is DISMISSED WITH PREJUDICE as to all remaining defendants.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is so ORDERED.

                                                /s/
                                      Henry E. Hudson
                                      United States District Judge

Date: May 20 2015
Richmond, VA